```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANDREW FULLMAN,                  :   CIVIL ACTION
                                 :   NO. 10-1536
         Plaintiff,              :
                                 :
    v.                           :
                                 :
CITY OF PHILADELPHIA et al.,     :
         Defendants.             :
```

**O R D E R**

**AND NOW**, this **20th** day of **December, 2016**, upon consideration of the 2008 and 2011 depositions of Plaintiff Andrew Fullman (ECF Nos. 70-3, 70-4), Plaintiff Andrew Fullman's Third Amended Complaint (ECF No. 77), Defendants' Answer to the Third Amended Complaint (ECF No. 79), Defendants' Renewed Motion for Summary Judgment (ECF No. 80), and Plaintiff Andrew Fullman's response in opposition thereto (ECF No. 81), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

      1.   Defendants' Renewed Motion for Summary Judgment (ECF No. 80) is **GRANTED**.

      2.   Plaintiffs' Third Amended Complaint (ECF No. 77) is **DISMISSED with prejudice.**

The Clerk of Court is directed to mark the case as **CLOSED**.

**AND IT IS SO ORDERED.**

                                                        /s/ Eduardo C. Robreno
                                                   **EDUARDO C. ROBRENO, J.**