IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN | : | CIVIL ACTION |
| v. | : | |
| P.O. RASHEEN DICKERSON | : | NO. 10-1536 |

**CIVIL JUDGMENT**

Before the Honorable Eduardo C. Robreno

**AND NOW**, this **16th** day of **August, 2018,** in accordance with the verdict of the Jury,

It is **ORDERED** that **JUDGMENT** be and the same is hereby entered in favor of Defendant P.O. Rasheen Dickerson and against Plaintiff Andrew Fullman. The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

**ATTEST**: s/ Ronald Vance
Ronald Vance
Deputy Clerk