IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al | : | NO. 10-1536 |

### ORDER

**AND NOW,** this **16th** day of **August, 2018,** the jury having reached a verdict in the case, it is **ORDERED:**

1. All post-trial motions shall be filed within seven (7) days of the entry of the judgment.

2. Within ten (10) days after filing any post-trial motions, the movant shall either deliver a writing to the Court Reporter Coordinator ordering a full transcript of the trial or file a verification showing good cause to be excused from the requirement.

3. Upon being advised by the Court Reporter Coordinator of the estimate of the cost for generating the transcript, the movant shall deliver to the Court Reporter Coordinator within five (5) days an attorneys' check for the full amount of the estimate.

4. The movant's memorandum of law in support of post-trial motions including specific citations to the record shall be filed no later than thirty (30) days from the date the movant is advised by the Court Reporter Coordinator that the transcript has become available.

5.   The answering brief by the non-movant including specific citations to the record shall be filed no later than thirty (30) days from the date of service of the movant's brief.

6.   Movant's counsel shall notify the Court by letter once all the briefing has been completed.

7.   Counsel for each side shall take custody immediately and preserve until further order by the Court all exhibits that each party introduced as evidence at trial.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.