Andrew Fullman
810 Arch Street, Apt. 304
Philadelphia, PA 19107
Telephone: (610) 457-9498
E-Mail: andrewf816@gmail.com

USDC-EPA
REC'D CLERK

2019 JAN 30 PM 11: 00

Pro Se. Plaintiff

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDREW FULLMAN, | ) | CIVIL ACTION |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF PHILADELPHIA, | ) | |
| | ) | |
| Defendants. | ) | No. 10-1536 |

### NOTICE OF APPEAL

COMES NOW, the Plaintiff, Andrew Fullman, submitting this Notice of Appeal with respect to the Honorable Court's January 28, 2019 Order denying Plaintiff's Post-Trial Motion which was mistakenly comprehended as a Motion for a New Trial. **See Exhibit "A"**.

Respectfully submitted,

*Andrew Fullman*
Andrew Fullman
Pro Se Plaintiff

Date: January 30, 2019

1

Andrew Fullman
810 Arch Street, Apt. 304
Philadelphia, PA 19107
Telephone: (610) 457-9498
E-Mail: andrewf816@gmail.com

Pro Se. Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF PHILADELPHIA, | ) | |
| | ) | |
| Defendants. | ) | No. 10-1536 |

### CERTIFICATE OF SERVICE

I, Andrew Fullman, hereby certify that on the 30th day of January, 2019, I caused a true and correct copy of

PLAINTIFF'S NOTICE OF APPEAL to be served via First Class Mail upon the following:

Jonathan Cooper, Esquire
City of Philadelphia Law Dept.
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5448
(*Last attorney of record for Defendants)

Date: January 30, 2019

Andrew Fullman
Pro Se Plaintiff

2

# EXHIBIT "A"


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN, | : | CIVIL ACTION |
| | : | NO. 10-1536 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **28th** day of **January, 2019**, upon consideration of Plaintiff's Motion for a New Trial (ECF No. 109) and the responses thereto (ECF Nos. 110, 114), it hereby **ORDERED** that Plaintiff's Motion for a New Trial (ECF No. 109) is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

Exhibit "A"